No. 838. NORTH AMERICAN VAN LINES, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Clifford J. Hynning* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 862. MEMPHIS TRANSIT CO. *v.* TENNESSEE EX REL. LEECH, COMMISSIONER OF HIGHWAYS. Supreme Court of Tennessee, Middle Division. Certiorari denied. *George T. Lewis, Jr.* and *Carmack Cochran* for petitioner. *James M. Glasgow* and *Jack Wilson,* Assistant Attorneys General of Tennessee, for the State of Tennessee.

No. 869. NATIONAL BISCUIT DIVISION (BISCUIT COUNCIL, BAKERY AND CONFECTIONERY WORKERS' INTERNATIONAL UNION OF AMERICA) *v.* LEEDOM ET AL., CONSTITUTING THE NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Abraham J. Harris* and *James H. Heller* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.

No. 894. STATE BOARD OF EQUALIZATION *v.* GOUGH INDUSTRIES, INC. Supreme Court of California. Certiorari denied. *Stanley Mosk,* Attorney General of California, *James E. Sabine,* Assistant Attorney General, and *Ernest P. Goodman,* Deputy Attorney General, for petitioner. *Francis R. Kirkham, Sigvald Nielson* and *Francis N. Marshall* for respondent.